

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN  DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN  DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:**      Clerk, United States District Court

_____ District of _____

_____

 Dallas, TX 75242

**Re:**  Transfer of our Civil Case No. _____

         Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐     Original case file documents are enclosed in paper format.
☐     Electronic Documents are accessible through Pacer.
☐     Other: _____

_____

                                    Very truly yours,

                                    Clerk, U.S. District Court

Date: _____          By _____
                                         Deputy Clerk

*cc:   All counsel of record*

======================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐     CivilIntakecourtdocs-LA@cacd.uscourts.gov     (Los Angeles Office)
☐     CivilIntakecourtdocs-RS@cacd.uscourts.gov     (Riverside Office)
☐     CivilIntakecourtdocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case Number: _____

                                    Clerk, U.S. District Court

Date: _____          By _____
                                         Deputy Clerk

CV-22 (09/08)                **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**